UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO.: 1:10-CR-17-TLS-2 |
| | ) | |
| OSCAR GUTIERREZ LOPEZ | ) | |

**ORDER ACCEPTING REPORT AND RECOMMENDATION
AND NOTICE OF SENTENCING**

This matter is before the Court on the Report and Recommendation of the United States Magistrate Judge [ECF No. 34] filed September 14, 2010. The Defendant has waived objection to the Report and Recommendation, and subject to this Court's consideration of the Plea Agreement pursuant to Fed. R. Crim. P. 11(c)(3), the plea of guilty of the offense charged in the Indictment, is hereby accepted, and the Defendant is adjudged guilty of such offense. The Defendant shall appear for sentencing on **Monday, December 20, 2010,** at **1:00 pm** before the Judge Theresa L. Springmann. Any sentencing memoranda or motions related to sentencing shall be filed no later than ONE WEEK prior to sentencing**.** A telephonic status conference regarding sentencing matters is set for Monday, December 13, 2010 at 11:00 AM before Judge Theresa L. Springmann. The Court will initiate the call.

SO ORDERED on October 6, 2010.

s/ Theresa L. Springmann
THERESA L. SPRINGMANN
UNITED STATES DISTRICT COURT

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO.: 1:10-CR-17-TLS-2 |
| | ) | |
| OSCAR GUTIERREZ LOPEZ | ) | |

**NOTICE OF SENTENCING
PRESENTENCE SCHEDULING NOTICE**

The above Captioned cause is hereby scheduled for sentencing on **December 20, 2010**, at **1:00 PM** Fort Wayne time before Judge Theresa L. Springmann. The attention of the parties is directed to the Presentence Scheduling Notice below.

| | |
|---|---|
| Date of Referral to Probation Officer: | September 14, 2010 |
| | (Date of Plea or Verdict) |
| The Proposed Presentence Report Shall be Disclosed to Counsel no Later Than: | November 15, 2010 |
| | (35 Days Before Sentencing) |
| Counsel's Written Objections or Acknowledgment of No Objections to the Pre-Sentence Report Shall be Delivered to the Probation Officer and Opposing Counsel no Later Than **14 Days After Disclosure**. | |
| The Presentence Report Shall be Submitted to the Court and Disclosed to Counsel no Later Than: | December 10, 2010 |
| | (10 Days Before Sentencing) |
| Judgment and Sentencing Date: | December 20, 2010 |
| | (At Least 70 Days After Plea or Verdict) |